1 CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3

4

5

6

FILED

Nov 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,              )  CASE NO.  CR25-00367 CRB
                                          )
12        Plaintiff,                      )  VIOLATIONS:
                                          )  8 U.S.C. §§ 1326(a) and (b)(1) – Illegal Reentry
13     v.                                 )  Following Removal by a Felon;
                                          )  21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession
14 ALEX FLORES-ESPINOSA,                  )  with Intent to Distribute Fentanyl;
                                          )  21 U.S.C. § 853 – Forfeiture
15        Defendant.                      )
                                          )  SAN FRANCISCO VENUE
16 _____       )

17

18                    I N F O R M A T I O N

19 The United States Attorney charges:

20 COUNT ONE:        (8 U.S.C. §§ 1326(a) and (b)(1) – Illegal Reentry Following Removal by a Felon)

21        On or about February 20, 2023, in the Northern District of California, the defendant,

22                    ALEX FLORES-ESPINOSA,

23 an alien, was found in the United States after having previously been excluded, deported, and removed

24 from the United States on or about November 1, 2019, after being convicted on or about November 19,

25 2018, in the United States District Court for the District of Arizona, of Reentry of a Previously Removed

26 Alien, a conviction constituting a felony, without obtaining the express consent of the Attorney General

27 of the United States and the Secretary of Homeland Security to reapply for admission into the United

28 States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

INFORMATION                              1

1    COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute
2                            Fentanyl)

3        On or about February 20, 2023, in the Northern District of California, the defendant,

4                                ALEX FLORES-ESPINOSA

5    did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

6    detectable amount of N-phenyl-N-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as

7    fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

8    841(a)(1) and (b)(1)(C).

9    FORFEITURE ALLEGATION:        (21 U.S.C. § 853)

10        The allegations contained above are hereby re-alleged and incorporated by reference for the

11    purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

12        Upon conviction of any of the offenses alleged in Counts One through Three above, the

13    defendant,

14                                ALEX FLORES-ESPINOSA,

15    shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title,

16    and interest in any property constituting or derived from any proceeds the defendant obtained, directly or

17    indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or

18    part, to commit or to facilitate the commission of such violations, including but not limited to a

19    forfeiture money judgment and the following:

20            a.    $70 of U.S. currency seized by the San Francisco Police Department on February
21                  20, 2023.

22        If any of the property described above, as a result of any act or omission of the defendant:

23            a.    cannot be located upon exercise of due diligence;

24            b.    has been transferred or sold to, or deposited with, a third party;

25            c.    has been placed beyond the jurisdiction of the court;

26            d.    has been substantially diminished in value; or

27            e.    has been commingled with other property which cannot be divided without

28                  difficulty,

INFORMATION                                2

1  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

2  United States Code, Section 853(p).

3      All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

4  Procedure 32.2.

5

6  DATED: _October 31, 2025_____          CRAIG H. MISSAKIAN
                                           United States Attorney
7

8                                          ___/s_____
                                           SAILAJA M. PAIDIPATY
9                                          Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                                3